# Third District Court of Appeal

## State of Florida

Opinion filed February 22, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-80
Lower Tribunal No. 15-26698

————————

**Dominic J. Abreu, et al.,**
Appellants,

vs.

**Nationstar Mortgage, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Colgan Dominelli Law PLLC, and Gabriel Dominelli, for appellants.

Troutman Pepper Hamilton Sanders LLP, and Albert A. Zakarian (Atlanta, GA), for appellee.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.